**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00777-CV

**DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD, Appellant**

**V.**

**ASSOCIATION OF TAXICAB OPERATORS, USA, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00279**

## ORDER

The Court has before it appellee's April 29, 2013 motion to abate and for order directing trial court to file findings of fact and conclusions of law and appellant's May 1, 2013 response to that motion. The Court **DENIES** the motion.

/s/    ELIZABETH LANG-MIERS
         JUSTICE